# United States Court of Appeals
## For the First Circuit

No. 15-1140

GLOBAL TOWER ASSETS, LLC; NORTHEAST WIRELESS NETWORKS, LLC,

Plaintiffs, Appellants,

v.

TOWN OF ROME; ROME PLANNING BOARD,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on January 8, 2016, is amended as follows:

Page 15, line 16,

    at 106) aff'd Manny Indus. v. Sec'y of Labor,
    596 F.2d 409 (9th

is changed to read:

    at 106), aff'd, 596 F.2d 409 (9th